Rosen & Kantrow, PLLC
Attorneys for Allan B. Mendelsohn, Trustee
38 New Street
Huntington, New York 11743
631 423 8527
Fred S. Kantrow

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | RETURN DATE: **5/19/20** |
| EASTERN DISTRICT OF NEW YORK | TIME: **10:00 a.m.** |

-----------------------------------------------------------X
In re:

                        Chapter 7

     DIA M. CATANIA,                     Case No. 20-70768-las

                     Debtor.
-----------------------------------------------------------X

### NOTICE OF TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION IN CONSTRUCTIVE TRUST

**PLEASE TAKE NOTICE** that Allan B. Mendelsohn, chapter 7 trustee herein (the "Trustee"), by and through his attorneys, Rosen & Kantrow, PLLC, shall move before the Hon. Louis A. Scarcella, United States Bankruptcy Judge, on **MAY 19, 2020 at 10:00 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order striking a claim of exemption and considering the imposition of sanctions, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 970.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the application, must be in writing and must be served upon the Trustee's counsel, Rosen & Kantrow, PLLC, 38 New Street, Huntington, New York 11743 to the attention of Fred S. Kantrow, Esq.; and the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722 to the attention of Stan Y. Yang, Esq.; with a hard copy directed to the Court; and must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with the Administrative Orders of this Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in

Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, by not later than **MAY 12, 2020**.

    **PLEASE TAKE FURTHER NOTICE** that only timely objections made be considered by the Court.

Dated: Huntington, New York
       April 23, 2020

                              Rosen & Kantrow, PLLC
                              Attorneys for Allan B. Mendelsohn, Trustee

               BY:    S/Fred S. Kantrow
                        Fred S. Kantrow
                        38 New Street
                        Huntington, New York 11743
                        631 423 8527
                        fkantrow@rkdlawfirm.com