UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

                                            Chapter 7

Dia M Catania,

                                            Case No.: 8-20-70768-las

                Debtor.
-------------------------------------------------------------X

Order Directing Parties To File Agreed Statement of Facts And
<u>Scheduling Oral Argument</u>

On April 23, 2020, Allan B. Mendelsohn, Chapter 7 Trustee, filed a motion to object to debtor's claim of exemptions in fraudulently conveyed property, in addition to a motion for sanctions for debtor and debtor's attorney for frivolous exemption (the "Motion") [Dkt. No. 13]; and opposition to the Motion having been filed [Dkt. No. 21]; and a hearing having been held on the Motion on May 19, 2020 (the "Hearing"); and at the Hearing the parties advised the Court that the relevant facts are not in dispute and that no discovery is necessary; and the Court having requested the parties to file an agreed statement of facts; and after due deliberation, it is hereby,

ORDERED, that the parties shall appear for oral arguments on the Motion on **July 21, 2020 at 11:00 a.m.** in Courtroom 970, United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722; and it is further

ORDERED, that the parties shall submit a joint statement of facts no later than June 18, 2020.



**Dated: May 20, 2020**
**Central Islip, New York**

                                                              _/s/ Louis A. Scarcella_
                                                              **Louis A. Scarcella**
                                                              **United States Bankruptcy Judge**